FILED: April 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2528
(1:15-cv-00677-AJT-IDD)
_____

DENNIS W. BAKKE; EILEEN H. BAKKE

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 05/18/2016

Opening brief due: 05/18/2016

Response brief due: 06/20/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk